IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KENNETH BOSTIC                  :              CIVIL ACTION
                                :
              v.                :
                                :
HOME DEPOT USA                  :              NO. 02-2647


<u>O R D E R</u>

AND NOW, this 29th day of May, 2002, in accordance with counsel's letter dated May 16, 2002 and in accordance with Local Rule 53.2, this action is not eligible for arbitration.


_____
Edmund V. Ludwig,     J.