UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMUND V. LUDWIG<br>Judge | 12614 United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106-1775<br>(215) 580-2030<br>(215) 580-2142 FAX |

JUDITH E. HARRIS
1701 MARKET ST
PHILADELPHIA, PA 19103

GERALD JAY POMERANTZ
7TH FL., STEPHEN GIRARD BLDG.
21 S. 12TH ST.
PHILA., PA 19107-3603

MARK S. SCHEFFER
7TH FL., STEPHEN GIRARD BLDG.
21 S. 12TH ST.
PHILA., PA 19107-3603

## NOTICE OF SCHEDULING CONFERENCE

RE:   BOSTIC v. HOME DEPOT
      02-CV-2647

Judge Ludwig has scheduled a Rule 16 conference for your case or cases on Wednesday, July 10, 2002 at 11:00 a.m. in chambers, Room 12614.

Enclosed is Judge Ludwig's **C A S E Management Program.**

**Counsel for plaintiff is required to notify unrepresented defendant(s) as to the date and time of the conference by serving a copy of this notice (with attachments) upon defendant(s) or their counsel, if known.**

If service of process has not been made, it is also the responsibility of plaintiff's counsel to take all steps reasonably necessary to expedite service as required by Fed. R. Civ. P. 4(a).

Very truly yours,

Kathryne M. Crispell
Deputy Clerk to Judge Ludwig

DATE:  June 20, 2002